**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JEFFERY DALE PRYOR,
ADC #122995                                                                                          PLAINTIFF

V.                                          3:02CV00336 JLH/JTR

RICHARD BUSBY,
Sheriff of Crittenden County, et al.                                                          DEFENDANTS

**ORDER**

On September 27, 2005, the Court entered an Order: (1) canceling the December 6, 2005 Evidentiary Hearing that was scheduled in this § 1983 action; (2) staying the case until separate Defendant Haley returned from his service with the National Guard in the Gulf Coast area; and (3) directing the parties to file a Joint Status Report on or before December 27, 2005. *See* docket entry #61. On December 27, 2005, the parties timely filed a Joint Status Report indicating that Defendant Haley has returned to Arkansas, and the case is ready to be set for an Evidentiary Hearing. *See* docket entry #62.

IT IS THEREFORE ORDERED THAT:

1.      The September 27, 2005 Order (docket entry #61) staying this case is LIFTED.

2.      The Clerk is directed to enter a new Scheduling Order establishing the appropriate deadlines and setting this case for an Evidentiary Hearing.

Dated this 29th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE