## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JEFFERY DALE PRYOR                                                                              PLAINTIFF

V.                                              3:02CV00336 JLH/JTR

RICHARD BUSBY,
Sheriff of Crittenden County, et al.                                                        DEFENDANTS

### ORDER OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties have filed a Joint Motion asking that this § 1983 action be dismissed, with prejudice.  *See* docket entry #66.  The Court finds good cause for granting the Motion.[1]

IT IS THEREFORE ORDERED THAT:

1.  The parties' Joint Motion to Dismiss (docket entry #66) is GRANTED, and this case is VOLUNTARILY DISMISSED, WITH PREJUDICE.

2.  The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

Dated this 11th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court would like to thank Mr. C. Kent Joliff for diligently representing Plaintiff on a *pro bono* basis.