## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JEFFERY DALE PRYOR                                                                                          PLAINTIFF

V.                                              3:02CV00336 JLH/JTR

RICHARD BUSBY,
Sheriff of Crittenden County, et al.                                                                  DEFENDANTS

### JUDGMENT

Consistent with the Order of Voluntary Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is VOLUNTARILY DISMISSED, WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Voluntary Dismissal would not be taken in good faith.

Dated this 11th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE